IN THE COURT OF APPEALS OF MARYLAND


No. 109


September Term, 2013

---


JUSTIN MICHAEL HADEL


v.


STATE OF MARYLAND

---


Barbera, C.J.,
Harrell
Battaglia
Greene
Adkins
McDonald
Watts,

                    JJ.

---


PER CURIAM ORDER

---


Filed: March 24, 2014

JUSTIN MICHAEL HADEL           *     IN THE

                               *     COURT OF APPEALS

        v.                     *     OF MARYLAND

                               *     No. 109

STATE OF MARYLAND              *     September Term, 2013


## PER CURIAM ORDER

The Court having considered and granted the petition for a writ of certiorari in the above entitled case, it is this 24th day of March, 2014,

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is hereby vacated, and the case is remanded to that Court for consideration in light of <u>Gambrill v. State</u>, ____ Md. ____, ____ A.3d ____ (No. 52, September Term, 2013, filed February 27, 2014). Costs in this Court to be paid by the Respondent, and costs in the Court of Special Appeals to abide the result.


                                    /s/ Mary Ellen Barbera
                                        Chief Judge